

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-19-2002

# Lapid Laurel LLC v. Zoning Bd Adjustment

Precedential or Non-Precedential:

Docket 0-3625

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Lapid Laurel LLC v. Zoning Bd Adjustment" (2002). *2002 Decisions.* Paper 186.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/186

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                    IN THE UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT

                            No. 00-3625
                    _____


                         LAPID-LAUREL, L.L.C.;
                    JOHN AND JANE DOE, Appellants
                                v.
                    ZONING BOARD OF ADJUSTMENT OF
                    THE TOWNSHIP OF SCOTCH PLAINS;
                    THE TOWNSHIP OF SCOTCH PLAINS;
                     ALTA A. ROSE; BARBARA HOREV
                      (D.C. Civ. No. 99-cv-02461)
        _____


                    Argued: September 7, 2001

            Before: BECKER, Chief Judge, ALITO and BARRY,
                         Circuit Judges.

                 (Opinion filed March 15, 2002)
                    _____


                       ORDER AMENDING OPINION
                    _____


     The slip opinion in the above case filed March 15, 2002 is hereby amended as
follows:

     1.  On page 19, line 19, the word Mengine should be italicized.

     2.  On page 20, line 10, delete "at 233" after Id.

     3.  On page 29, next to the last line of footnote 8, delete the comma after the word
"accommodations."

     4.  On page 33, line 8, drop the "s" in the word requires, and add the word "would"
before the word "require."


                              BY THE COURT:


                                   /s/ Edward R. Becker
                              Chief Judge

DATED: March 19, 2002

MEMORANDUM

DATE:       March 18, 2002

TO:         Carolyn Hicks, Case Manager

FROM:       Judge Becker

RE:         Lapid-Laurel v. Zoning Board of Adjustment
            No. 00-3625
            Opinion filed March 15, 2002


        Please file enclosed Unpublished Order Amending Opinion in the above
captioned case.



                            Sincerely,



                            Edward R. Becker

ERB:afr

        cc:  Judge Alito
        Judge Barry
        Marcy Waldron
        Trish Coleman